UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES L. FREY individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANK SOUTHWEST,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 3:11-CV-3093<br>)<br>)<br>)  Class Action<br>) |

### ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Having considered the Class Action Settlement Agreement and all other materials properly before the Court and having conducted an inquiry pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Settlement Agreement was entered by all parties in good faith, and the Settlement Agreement is approved.  The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment provided in the Settlement Agreement.  Class Counsel shall disseminate class relief to Participating Claimants, and otherwise effectuate the Settlement, consistent with the terms of the Settlement Agreement.

SIGNED January 8, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

1